IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAVONDA QUINN,

Plaintiff,

v.

COMMERCIAL RECOVERY SYSTEMS. INC.,

Defendant.                                              No. 11-1098-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is plaintiff's notice of dismissal with prejudice (Doc. 8). The Court **ACKNOWLEDGE** the notice and **DISMISSES with prejudice** this cause of action. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 19th day of April, 2012.

Digitally signed by
David R. Herndon
Date: 2012.04.19
13:04:57 -05'00'

Chief Judge
United States District Court