IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAVONDA QUINN**,

**Plaintiff,**

**v.**

**COMMERCIAL RECOVERY SYSTEMS. INC.,**

**Defendant.**                                         No. 11-CV-1098-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on plaintiff's Notice of Dismissal with prejudice.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 19, 2012, this case is **DISMISSED** with prejudice.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:      /s/*Sandy Pannier*
                Deputy Clerk

Dated: April 19, 2012

Digitally signed by David R. Herndon
Date: 2012.04.19 15:55:26 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT